

*Ilana Haramati*
*Of Counsel*
Direct (646) 363-6090
Fax (212) 655-3535
ih@msf-law.com

November 23, 2020

**VIA ECF**

Hon. Frederic Block
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Courtroom 10C South
Brooklyn, NY 11201

    Re:    *United States v. Barca, et al.*, 19-cr-575

Dear Judge Block:

    I represent defendant Andrew Campos in the above-referenced matter. I write to respectfully request a 30-day adjournment of the status conference scheduled for Tuesday November 24, 2020 to accommodate ongoing plea negotiations.

    I have conferred with counsel for the government as well as counsel for Mr. Campos' co-defendants all of whom consent to this request.

    Respectfully Submitted,

    /s/ Ilana Haramati
    Ilana Haramati

cc:    Counsel of Record (*via ECF*)